## SECOND DEPARTMENT, OCTOBER, 1928.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (ARTHUR L. HURLEY).

PER CURIAM. The respondent was duly admitted to practice as an attorney and counselor at law in this State on the 24th day of July, 1906. The referee has found that, on or about the 12th day of March, 1925, the respondent, as the attorney for one William P. Gaynor, collected the sum of $4,105.33, the proceeds of a mortgage assigned by Gaynor to a third party; that respondent converted said sum of money to his own use and has not paid any part thereof to his client except the sum of $950; that, of the proceeds originally taken by the respondent into his hands as such attorney, the sum of $3,155 remains unpaid to his client. The learned referee recommends that respondent's name be removed from the roll of attorneys of this court. The evidence adduced upon the hearing not only supports the findings of the referee, but, indeed, justifies no other conclusion or determination. The relationship of attorney and client between the respondent and Gaynor never terminated, and the argument that it was changed to that of debtor and creditor is not borne out by the record. Motion to confirm report of official referee granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ. Motion to confirm report of official referee granted, respondent disbarred, and his name ordered stricken from the roll of attorneys.

ARGYLE BUILDING CORPORATION and ERWIN A. WORM, Appellants, v. GEORGINE C. MALCOM, M. VARTAN MALCOM and MARYLAND CASUALTY COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

BENJAMIN BARKIN, Respondent, v. SAUL BRYNES, Trading as S. BRYNES & COMPANY, Appellant. (Appeal No. 1.) — Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

BENJAMIN BARKIN, Respondent, v. SAUL BRYNES, Trading as S. BRYNES & COMPANY, Appellant. (Appeal No. 2.) — Order granting plaintiff's motion for defendant's examination before trial affirmed, with ten dollars costs and disbursements. While the notice of motion is improper in the use of the words " whether or not," it does not call for reversal on this ground. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

CHARLES D. BECKWITH, INC., Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Order denying defendant's motion to vacate the notice of the taking of the testimony of George W. Burton as a witness before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, upon the ground that